

FILED
JAN 1 2 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

Tape #_____ from _____ to _____

# RULE 5 INITIAL APPEARANCE RECORD BEFORE
# MAGISTRATE JUDGE FREDERICK R. BUCKLES

Mag. No. __01-3028M__

D/C Case No. __4:00CR539 CEJ/LOD__

Defendant's Name: __MICHAEL RAY PRUNEAU__   SSN# __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__

Date of Initial Appearance: __1/12/2001__  Proceedings Commenced _____

Date Federal Custody Commenced: __1/12/2001 (ON WRIT)__

U.S. Attorney: __KYMBERLY SMITH__   Present (Not Present)

Defense Attorney: _____   Present   Not Present

Defendant advised of following:

- ✓ Nature of Offense
- ✓ Given copy of Comp/**Indict**/Info/Petn
- ✓ Right to be represented by counsel
- ✓ Right to have counsel appointed, if indigent
  - ___ Retained: _____
  - ✓ Appointed: __FEDERAL PUBLIC DEFENDER__
- ✓ Right to remain silent; and that defendant's statements can be used against him.
- N/A Right to preliminary examination under Rule 5.1 or preliminary hearing under Rule 32.1 within 10 days if detained; and within 20 days if released.
- N/A Right to hearing here under Rule 40 if charged in another district.
- N/A Right to transfer here for guilty plea under Rule 20 if charged in another district.
- ✓ Pretrial services bail report received on __1/12/2001 ORAL__
  From: Pretrial Services Officer __JENNIFER MUTCH__

Defendant's residence: __PRESENTLY INCARCERATED__ Tel. No. _____

Defendant's Age: __32__   DOB: __11/21/68__   Sex: __M__   Race: __W__

___ Married: Spouse's Name: _____   No. of children __4__
__DIVORCED__
___ Single   Ages: __13, 10, 8, 6__

- 1 -



Location of defendant's family: WILLIAM PRUNEAU - FATHER
480 CIRCLE DR
ST. GENEVIEVE, MO.
573-883-7348

Defendant's current employment: INCARCERATED

Defendant's prior convictions: 2000 - SODOMY, FORGERY 5Y/5Y CONSEC.
'90 SEX ASS (2) - 5Y-2Y CONSEC

Bail set at: _____   Sec.   O.R.   Unsec.   Cash   Property   10%
                                AB    AB             Only

Motion for detention hearing made by

  ✓ United States

  ___ Magistrate Judge

Detention hearing set for WEDNESDAY, JANUARY 17, 2001 at 9:30 a.m.

Disposition at Initial Appearance:   ✓ Committed to Custody

                                     ___ Released on Bond

Next Appearance: 1/17/2001   at 9:30 a.m. for DET. HEAR./ARRAIGNMENT
                Date              Time              Proceeding

Before Judge BUCKLES.

Case to remain: ___ Sealed  ✓ Unsealed  ---  Proceedings Concluded: 3:35 p.m.

Notes: _____

_____

                                    /s/ Frederick R. Buckles
                                    **UNITED STATES MAGISTRATE JUDGE**

-2-

FILED
JAN 1 2 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

CASE INFORMATION RECORD   Date Jan. 12, 2001   Page No. _____   Case No. 4:00CR 539 CEJ/LOD

Division ED/MO   Presiding Judicial Official F. R. Buckles   Operator M. Crayton

Proceeding Initial appearance

| Tape #1 Index #s ___-___ | Tape #2 Index #s 1533-1980 | Tape #3 Index #s ___-___ |
| --- | --- | --- |
| Tape #4 Index #s ___-___ | Tape #5 Index #s ___-___ | Tape #6 Index #s ___-___ |

| Plaintiff(s) USA | Defendant(s) Michael Pruneau |
| --- | --- |
| Other Party Type | Other Party Type |

| Channel | | Channel | |
| --- | --- | --- | --- |
| 1. Presiding Judicial Official (J) | Buckles | 3. Podium | Pruneau (Pr) |
| 2. Witness Stand | | 4. Jury Box | |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
| --- | --- |
| no appearance | no appearance |

(See attached docket sheet for addresses)

☐ Defendant Waives Hearing   ☐ Court Appoints _____   ☐ Sealed Proceeding

Defendant ~~Parties~~ Present for hearing on initial appearance. Defendant advised of charges in the Indictment. Court to appoint counsel. Defendant currently in state custody.

☒ **Defendant present for Initial Appearance.**   ☒ **Deft. is advised of his/her rights & indicates he/she understands them.**

☐ Bond set in the amount of $ _____   ☐ Secured   ☐ Secured by 10%   ☐ Unsecured   ☐ O.R. Bond

☒ **Govt. has filed a motion for pretrial detention.**   **Detention hearing scheduled for** Jan. 17, 2001 @ 9:30am   Judge Buckles

☐ Defendant Arraigned   ☐ Waives reading of Indictment/Information   ☐ Case taken under advisement

Plea Entered _____   Order on Pretrial Motions ☐ issued ☐ to issue

Deft. waives evidentiary hearing and by leave of court withdraws all pretrial motions ☐ order to issue ☐ oral ruling

Trial date _____   Before _____

Next Hearing Date/time Jan. 17, 2001 @ 9:30am   Type of Hearing arraignment   Before Judge Buckles

☒ **Remanded to Custody**   ☐ Released on Bond   Attorney Present _____

Proceeding Commenced 3:20 pm   Proceeding Concluded 3:35 pm   XX5

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 01/16/01 by gfreeman
              4:00cr539    USA vs Pruneau

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

 Fed Public Defender -           Fax: 314-421-3177
Kymberly Smith -                 Fax: 314-539-7695


                                        SCANNED & FAXED BY:

                                           JAN 1 6 2001

                                              DJO