IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 0 9 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:00 CR539 CEJ (LOD) |
| MICHAEL PRUNEAU, | ) |
| Defendant. | ) |

## MOTION OF DEFENDANT TO SUPPRESS EVIDENCE AND STATEMENTS

COMES NOW the above named Defendant and moves this court for an Order suppressing as evidence any statements or writings made by Defendant, including, but not limited to, any conversations overheard by agents of the Government, interviews with agents of the Federal Bureau of Investigation, and Missouri or other state law enforcement agencies and any state or federal grand jury, and any physical evidence seized from the person or possession of this Defendant, and as grounds for this motion states:

1. Any statements, oral or written, made by this Defendant were elicited by coercion without the Defendant being advised of and afforded his rights under the Fifth Amendment of the U.S. Constitution and said statements are therefore involuntary and inadmissible.

2. Any testimony or other evidence relating to or based upon said statements were obtained as a direct result of the violation of Defendant's rights under the Fifth Amendment, as aforesaid, and are therefore inadmissible.



UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 02/22/01 by mberg
                4:00cr539     USA vs Pruneau


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

Kevin Curran -                          Fax: 314-421-3177
Ilene Goodman -   30932                 Fax: 314-421-3177
Kymberly Smith -                        Fax: 314-539-7695

SCANNED & FAXED BY:
FEB 22 2001
MJM