United States District Court
Eastern District of Missouri
U.S. Federal Courthouse.

Hon. Rodney Sippel
Case No. 00-cr-00539-~~CEJ~~ RWS

RECEIVED
APR 27 2020
BY MAIL

Your Honor,

    My name is Michael Ray Pruneau, and I am currently incarcerated at the United States Penitentiary in Marion, Illinois for violating the terms and conditions of supervised release. I had successfully completed two and a half years of my three year term of supervised release before being violated. During my time on release, I was never allowed to be placed in my hometown, where my support is. My father is 82 years-old, and in failing health. Obviously, due to the current health crisis I am worried sick about his well-being and there is simply no legitimate reason for me not to be placed with my father so I can care for him, and be closer to all my family who make up my support system. I honestly believe that, had I been able to go home on my release from prison, I wouldn't be where I am now.
    During my incarceration, I successfully completed the Missouri Sex Offender Program (MOSOP), as well as the federal Sex Offender Treatment Program (SOTP). I have also completed three vocational programs with college credit.
    I do believe that any additional supervised release is unnecessary. But in the alternative, I am asking to be placed either at my father's residence, or go to the halfway house in Farmington, Missouri, which is much closer than Poplar Bluff, and would allow me to take care of my dad when I'm released. I have never had a problem finding work, and as I said, I am very concerned about my dad. (I'm also worried for my own health here at Marion. It is difficult, if not impossible, to practice social distancing with 1100 inmates). It should also be noted that I already own my own vehicle, and I have savings in the bank to help with the transition back into the community.

1.

However, if the Court feels it necessary for me to serve yet one more year on supervised release, I am asking that the Court arrange for me to serve that term of supervised release (and any half-way house time) closer to my home. This would be consistent with the First Step Act's instruction that defendants be placed closer to home at the beginning of their terms, rather than later.

I believe it would be unnecessarily harsh for me to have to live and work so far from home and my family. The half-way house in Farmington, Missouri is only 20 miles from my father's house, while Poplar Bluff is two and a half hours away. Moreover, it should be noted that, as of 21 January 2021, five months before my release from this sentence, and five months before the commencement of my new term of supervised release, I will have served the entire term of my original sentence of 235 months.

Be that as it may, any help the Court is willing or able to provide would be greatly appreciated. Thank you.

Respectfully submitted,

Michael Ray Pruneau 28006-044
United States Penitentiary
P.O. Box 1000
Marion, Illinois 62959

ps. Enclosed you will find a list of all the programs I have sucessfully completed while with the BOP. This list should inform the Court the seriousness of my resolve to do whatever is needed to live a better life.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PRUNEAU, MICHAEL RAY  28006-044

SEQUENCE: 00175158
Report Date: 04-22-2020



| | |
|---|---|
| Facility: | MAR MARION USP |
| Name: | PRUNEAU, MICHAEL RAY |
| Register No.: | 28006-044 |
| Quarters: | X02-930U |
| Age: | 51 |
| Date of Birth: | 11-21-1968 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | MEDIUM |
| Proj. Rel. Date: | 04-15-2021 |
| Release Method: | GCT REL |
| DNA Status: | MAR01743 / 05-20-2011 |

### Contact Information
Release contact & address
William Pruneau, FATHER
480 Circle Drive, St. Genevieve, MO 63670 US
Phone (Mobile) : (573)702-4463

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18 USC 2422(A) ENTICING ANOTHER PERSON TO TRAVEL IN INTERSTATE COMMERCE TO ENGAGE IN SEXUAL ACTIVITY (SRV) | 24 MONTHS |

Date Sentence Computation Began:   09-23-2019
Sentencing District:   MISSOURI, EASTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit   - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 0 | Years: 0 Months: 8 Days: 22 | +52 JC  -0 InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans
** No notes entered **

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | CBL QA | INDUSTRIES QUALITY ASSURANCE | 11-15-2019 |

### Work Assignment Summary
** No notes entered **

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | ESL HAS | ENGLISH PROFICIENT | 10-06-2010 |
| MAR | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-13-2010 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAR GP | C | RPP HLTH&NUTR #1 | 10-13-2017 | 10-13-2017 |
| MAR GP | C | REENTRY SIMULATION | 09-14-2017 | 09-14-2017 |
| MAR GP | C | RPP COMMUNITY RESOURCES #4 | 09-21-2017 | 09-21-2017 |
| MAR GP | C | RPP PERSONAL FINANC #3 | 07-28-2017 | 07-28-2017 |
| MAR GP | C | RPP RELEASE REQ & PROC #5 | 08-01-2017 | 08-01-2017 |
| MAR GP | C | RPP -ED/MO USPO SEMINAR #6 | 05-31-2017 | 05-31-2017 |
| MAR GP | C | BEYOND BARS #6 | 03-25-2016 | 04-21-2016 |
| MAR GP | C | PRE-TREATMENT GROUP #6 | 02-27-2014 | 02-03-2015 |
| MAR GP | C | TIME MANAGEMENT REENTRY CLASS | 01-28-2013 | 03-25-2013 |
| MAR GP | C | VT MARKETABLE DRYWALL | 11-07-2012 | 01-01-2013 |
| MAR GP | C | EXPLORATORY DRYWALL VT | 11-01-2012 | 11-07-2012 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PRUNEAU, MICHAEL RAY 28006-044

SEQUENCE: 00175158
Report Date: 04-22-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAR GP | C | MARKETABLE CARPENTRY VT | 09-11-2012 | 11-01-2012 |
| MAR GP | C | EXPLORATORY CARPENTRY VT | 08-31-2012 | 09-11-2012 |
| MAR GP | C | EXPLORATORY CARPENTRY VT | 08-17-2012 | 08-31-2012 |
| MAR GP | C | WATERCOLOR PAINT CLASS | 01-23-2012 | 03-19-2012 |
| MAR GP | C | ACE COMPUTER KEYBOARDING | 06-13-2011 | 10-10-2011 |
| MAR GP | C | ACE STAYING FREE | 06-14-2011 | 10-10-2011 |
| MAR GP | C | CONSTRUCITON DESIGN & ESTIMATE | 06-10-2011 | 10-10-2011 |
| MAR GP | C | PERSONAL FINANCE 1 ACE CLASS | 06-14-2011 | 10-10-2011 |
| MAR GP | C | ACE COMPUTER WORD PROCESSING | 08-22-2011 | 10-12-2011 |
| MAR GP | C | ACE CLASS - PUBLIC SPEAKING | 08-25-2011 | 10-25-2011 |
| MAR GP | C | CONSTRUCITON DESIGN & ESTIMATE | 06-14-2011 | 06-14-2011 |
| MAR GP | C | BLUE PRINT READING 1 ACE | 04-07-2011 | 06-02-2011 |
| MAR GP | C | CONSUMER MATH ACE CLASS | 04-06-2011 | 05-25-2011 |
| MAR GP | C | POWERPOINT ACE CLASS | 04-04-2011 | 05-25-2011 |
| MAR GP | C | ACE - JOB FAIR PREPARATION | 04-04-2011 | 05-25-2011 |
| MAR GP | C | VT - CUSTODIAL MAINTENANCE | 01-31-2011 | 04-26-2011 |
| MAR GP | C | ADVANCED OIL PAINTING | 01-22-2011 | 03-19-2011 |
| MAR GP | C | LEISURE PEN/PENCIL DRAWING PGM | 10-22-2010 | 12-17-2010 |
| MAR GP | C | LEISURE OIL PAINTING PROGRAM | 10-17-2010 | 12-12-2010 |

### Education Information Summary

Completed SOTP-Non Res in February 2016 during a previous placement in the BOP. Completed NR DAP during a previous incarceration. No treatment programs have ben completed since his return to BOP this time.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 01-05-2015 | 305 : POSSESSING UNAUTHORIZED ITEM |

### Discipline Summary

** No notes entered **

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| MAR GP | A-DES | COMMIT OF SUPERVISED REL VIOL | 10-21-2019 | CURRENT |
| CST CCCS | A-DES | FURLOUGH TRANSFER RECEIVED | 11-01-2017 | 04-27-2018 |
| MAR GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-03-2015 | 11-01-2017 |
| MAR GP | A-DES | OTHER AUTH ABSENCE RETURN | 06-10-2015 | 08-03-2015 |
| MAR GP | A-DES | OTHER AUTH ABSENCE RETURN | 05-28-2015 | 06-10-2015 |
| MAR GP | A-DES | OTHER AUTH ABSENCE RETURN | 03-25-2015 | 05-28-2015 |
| MAR GP | A-DES | OTHER AUTH ABSENCE RETURN | 12-29-2014 | 03-25-2015 |
| MAR GP | A-DES | OTHER AUTH ABSENCE RETURN | 11-06-2014 | 12-29-2014 |
| MAR GP | A-DES | US DISTRICT COURT COMMITMENT | 09-08-2010 | 11-06-2014 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 09-17-2010 |
| CARE2 | STABLE, CHRONIC CARE | 06-25-2014 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 09-16-2010 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-18-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-16-2010 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PRUNEAU, MICHAEL RAY 28006-044

SEQUENCE: 00175158
Report Date: 04-22-2020

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED PART R | DRUG EDUCATION PARTICIPNT-REQD | 03-16-2020 |

### Physical and Mental Health Summary

** No notes entered **

### FRP Details

Most Recent Payment Plan

** NO FRP DETAILS **

**FRP Assignment:**   NO OBLG   FINANC RESP-NO   **Start: 09-28-2010**

Payments past 6 months: $0.00   Obligation Balance: $0.00

Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $700.00 | $700.00 | IMMEDIATE | EXPIRED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary

** No notes entered **

### Release Planning

** No notes entered **

### General Comments

** No notes entered **

Michael R. Pruneau 28006-044
United States Penitentiary
PO Box 1000
Marion, Il. 62959

RECEIVED
APR 27 2020
BY MAIL

Hon. Rodney Sippel
Thomas Eagleton U.S. Courthouse
111 S. Tenth St. Room 3.300
St. Louis, Missouri, 63102-1116



23 APR 2020 PM 8 L

63102-112325