July 6, 2020

RECEIVED
JUL 08 2020
BY MAIL

Honorable Judge Sippel
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO 63102

Re: United States of America vs. Michael Ray Pruneau
    Petition to Dismiss Probationary Period

I, Michael Ray Pruneau, hereby petition the United States District Court, Eastern District of Missouri in reference to the United States of America vs. Michael Ray Pruneau (4:00CR00539 CEJ) to reconsdier and dismiss my 12-month probationary period, currently projected to begin April 15, 2021, in light of extraordinary hardship endured through an extended, cell-confined lockdown at USP Marion in response to the COVID-19 epidemic. From April 1, 2020 until at least August 1, 2020 (at which time the policy will be reconsidered and likely extended again due to continued spread) I have been subjected to excessive and unusual confinement consisting of 23 hours per day in a 3-man cell, which also prevented participation in UNICOR employment. As a result of this unusual confinement and the inability to work and contribute to post-release savings, I respectfully petition the Court to dismiss my pending 12-month supervised probationary period and granting time served. While the extended lockdown was deemed non-punitive by the Bureau of Prisons, the effect indeed is punitive, creating atypical stress, hardship, and suffering for which I'm seeking dismissal through this petition. Dismissal of a probationary period also allows me to live in residence with and care for my 83-year-old father, as well as provides employment opportunities with previously known and established companies. Furthermore, in light of likley continued risk of exposure to the virus through halfway house placement, the aforementioned residential placement reduces or eliminates such risk. Thank you in advance for your time and attention to this matter.

Sincerely,

Michael Ray Pruneau

*Michael R. Pruneau*

Michael Ray Pruneau
28006-044
United States Penitentiary-Marion
PO BOX 1000
Marion, IL 62959



SAINT LOUIS MO 630

06 JUL 2020 PM 2 L

RECEIVED
JUL 08 2020
BY MAIL

Office of the Clerk
Thomas F. Eagleton U.S. Courthouse
111 S. Tenth Street, Room 3, 300
St. Louis, Missouri 63102-1116

63102-112325