UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:00 CR 539 RWS ORDER ON MOTION FOR |
| MICHAEL RAY PRUNEAU, | ) ) | SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| Defendant. | ) | (COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion [67] is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

Defendant has failed to exhaust administrative remedies under 18 U.S.C. § 3582(c) by first affording the BOP the opportunity to consider his request before requesting compassionate release from this Court. Moreover, defendant has not shown any extraordinary or compelling reasons warranting compassionate release. His motion makes no real arguments for why he should be released early and his supervised release should be cancelled, and simply states that he has been unable

to work in his UNICOR employment because of the COVID-19 pandemic, which caused him stress and hardship. Defendant cites no history of medical problems. Based on the foregoing, a reduction of sentence does not appear warranted under 18 U.S.C. § 3582(c).

       IT IS SO ORDERED.

*[signature]*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2020.